HAEGGQUIST LAW GROUP
ALREEN HAEGGQUIST (221858)
501 West Broadway, Suite A-276
San Diego, CA 92101
Telephone: 619/955-8218
619/342-7878 (fax)
alreen@haeggquistlaw.com

LAW OFFICE OF HELEN ZELDES
HELEN I. ZELDES (220051)
249 S. Highway 101, #370
Solana Beach, CA 92075
Telephone: 858/523-1713
858/523-1783 (fax)
helenz@zeldeslaw.com

MEHRI & SKALET, PLLC
STEVEN A. SKALET
CRAIG BRISKIN
1250 Connecticut Ave. NW, Suite 300
Washington, DC 20036
Telephone: 202/ 822-5100
202/822-4997 (fax)
sskalet@findjustice.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIE SOMERS, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE, INC., a California Corporation,<br><br>Defendant. | Case No. CV 07 6507 HRL<br><br>CLASS ACTION<br><br>AFFADAVIT OF HELEN I. ZELDES |

I, HELEN I. ZELDES, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am one of the counsel of record for plaintiff in the above-entitled action. I have personal

1  knowledge of the matters stated herein and, if called upon, I could and would competently testify
2  thereto.
3    2.  The Complaint in this action has been filed in the proper place for the trial on this
4  matter, which is the County of San Jose. Defendant's headquarters are in Santa Clara County, a
5  substantial portion of the acts, events, and omissions giving rise to this action occurred in Santa Clara
6  County, and defendant conducts substantial business there. Assignment to the San Jose Division is
7  proper because Santa Clara County is within the purview of the San Jose Division of the Northern
8  District Court.
9    I declare under penalty of perjury under the laws of the State of California that the foregoing is
10 true and correct. Executed this 31st day of December, 2007, at San Diego, California.

_____
HELEN I. ZELDES

14 Subscribed to and sworn before me
15 this 31st day of December, 2007.

_____
NOTARY PUBLIC

18 My commission expires on: _____

State of California, County of SAN DIEGO
Subscribed and sworn to (or affirmed) before me
on this 31st day of DEC, 20 07.
by HELEN I. ZELDES,
proved to me on the basis of satisfactory evidence to
be the person(s) who appeared before me.
Signature: [signature]

OFFICIAL SEAL
FAITH A. GOINS
NOTARY PUBLIC-CALIFORNIA
COMM. NO. 1777369
SAN DIEGO COUNTY
MY COMM. EXP. NOV. 1, 2011