Clerk's Use Only
Initial for fee pd.:

Craig L. Briskin
1250 Connecticut Avenue NW, Suite 300
Washington, DC 20036
(202) 822-5100

FILED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA  2008 JAN 11  P 3:31

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

STACIE SOMERS, On Behalf of Herself
and All Others Similarly Situated

Plaintiff(s),

v.

APPLE, INC., a California Corporation

Defendant(s).

CASE NO. 5:07-cv-06507-HRL

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Craig L. Briskin, an active member in good standing of the bar of New York and Massachusetts, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Stacie Somers in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Helen I. Zeldes, 249 S. Highway 101 #370, Solana Beach, CA 92075
(858) 523-1713

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 3, 2008