*E-filed 1/17/08*

UNITED STATES DISTRICT COURT

Northern District of California
San Jose Division

STACIE SOMERS, On Behalf of Herself
and All Others Similarly Situated

                       Plaintiff(s),
    v.

APPLE, INC., a California Corporation

                       Defendant(s).
_____/

CASE NO. 5:07-cv-06507-HRL

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Steven A. Skalet, an active member in good standing of the bar of District of Columbia, Maryland whose business address and telephone number (particular court to which applicant is admitted) is

Mehri & Skalet, PLLC
1250 Connecticut Avenue NW, Suite 300
Washington, DC 20036         tel: (202) 822-5100,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Stacie Somers.

      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 1/16/08

_____
United States Magistrate Judge
HOWARD R. LLOYD