1  Robert A. Mittelstaedt (State Bar No. 60359)
   ramittelstaedt@jonesday.com
2  Elaine Wallace (Stage Bar No. 197882)
   ewallace@jonesday.com
3  Tracy M. Strong (State Bar No. 221540)
   tstrong@jonesday.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA  94104
   Telephone:    (415) 626-3939
6  Facsimile:    (415) 875-5700

7  Attorneys for Defendant
   APPLE INC.
8
                    UNITED STATES DISTRICT COURT
9
           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
10

11

12 STACIE SOMERS, On Behalf of Herself and      Case No. C 07 6507 HRL
   All Others Similarly Situated,
13                                              STIPULATION EXTENDING
                    Plaintiff,                  DEFENDANT'S TIME TO RESPOND
14                                              TO THE COMPLAINT
        v.
15
   APPLE INC.,
16
                    Defendant.
17

18

19

20

21

22

23

24

25

26

27

28
                                                       C07 6507 HRL
                                    STIPULATION EXTENDING DEFENDANT'S TIME TO
                                                RESPOND TO THE COMPLAINT

1 |      Pursuant to Local Rules 5 and 6-1, Plaintiff Stacie Somers and Defendant Apple Inc.
2 | ("Apple"), by and through their counsel of record, hereby stipulate as follows:
3 |      1.    Plaintiff Somers filed and served her complaint on December 31, 2007. Apple's
4 | response to the Complaint is due to be filed on January 22, 2008.
5 |      2.    Apple and Somers have agreed to extend the time for Apple to file a response to
6 | the complaint by 30 days, to February 21, 2008.
7 |      3.    This stipulation will not affect any hearing or proceeding on the Court's calendar,
8 | or otherwise cause any delay in the proceedings.

Dated: January 21, 2008

JONES DAY

By: /s/ Tracy M. Strong
Tracy M. Strong

Attorney for APPLE INC.

Dated: January 21, 2008

HAEGGQUIST LAW GROUP
Alreen Haeggquist
501 West Broadway, Suite A-276
San Diego, CA 92101
Telephone: (619) 955-8218

By: *Alreen Haeggquist/TM*
Alreen Haeggquist

Attorney for Plaintiff

SFI-577159v1