Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
Elaine Wallace (Stage Bar No. 197882)
ewallace@jonesday.com
Tracy M. Strong (State Bar No. 221540)
tstrong@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:     (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STACIE SOMERS, On Behalf of Herself and All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　　Defendant. | Case No. C 07 6507 HRL<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

SFI-577256v1

Case No. C 07 6507 HRL
Certificate of Interested Partiess

Pursuant to Federal Rule of Civil Pocedure 7.1. and Local Rule 3-16, the undersigned counsel certifies that the following listed persons have a financial interest, as defined by 28 U.S.C. §455(d)(4), in the defendant, Apple Inc. (Apple):

1. Board of Directors:  Bill Campbell, Millard Drexel, Albert Gore Jr., Steve Jobs, Andrea Jung, Arthur D. Levinson, Ph.D, Dr. Eric Schmidt, Jerry York.

2. Officers:  Steve Jobs, Peter Oppenheimer, Timothy Cook, Donald Cooperman, Philip Schiller, Tony Fadell, Ronald B. Johnson, Bertrand Serlet, Sina Tamaddon, Jonathan Ive.

3. Others:  Apple is a publicly held company with numerous shareholders.  It has no parent company and no one with an ownership interest that must be disclosed pursuant to Federal Rule 7.1.  Shares of Apple stock change ownership on a frequent basis.  Additionally, Apple has many employees who actively participate in its affairs.  Apple has identified the officers and directors in this disclosure, but not lower level employees.

Except for the foregoing and the named parties, the undersigned in aware of no other interest to report.

Dated: January 22, 2008               Respectfully submitted,

                                      JONES DAY


                                      By: /s/ Tracy M. Strong
                                              Tracy M. Strong

                                      Counsel for Defendant
                                      APPLE INC.