1  Robert A. Mittelstaedt (State Bar No. 60359)
   ramittelstaedt@jonesday.com
2  Elaine Wallace (Stage Bar No. 197882)
   ewallace@jonesday.com
3  Tracy M. Strong (State Bar No. 221540)
   tstrong@jonesday.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA  94104
   Telephone:     (415) 626-3939
6  Facsimile:     (415) 875-5700

7  Attorneys for Defendant
   APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STACIE SOMERS, On Behalf of Herself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. C 07 6507 HRL<br><br>**CERTIFICATE OF SERVICE** |

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On January 22, 2008, I served true and correct copies of the following document(s):

- **STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT**

- **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed FedEx envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a FedEx agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

**See attached service list**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 22, 2008, at San Francisco, California.

                                                                   /s/_____
                                                                  Denise Harmon

1
2                          **Stacie Somers v. Apple Computer, Inc.**
3                                  Case No. C-07-6507 HRL
4                                       Service List
5

6  **Alreen Haeggquist**                    **Craig L. Briskin**
   501 West Broadway, Suite A-276           Labaton Sucharow & Rudoff LLP
7  San Diego, CA 92101                      100 Park Avenue
   619-955-8218                             New York, CA 10017
8  Fax: 619-342-7878                        212-907-0700
   Email: alreen@haeggquistlaw.com          Fax: 212-818-0477
9                                           Email: cbriskin@labaton.com

10 **Helen I. Zeldes**                      **Steven A Skalet**
   Law Offices of Helen Zeldes              Mehri & Skalet, PLLC
11 249 S. Highway 101,                      1250 Connecticut Avenue NW
   Suite #370                               Suite 300
12 Solana Beach, CA 92075                   Washington, DC 20036
   858-523-1713                             202-822-5100
13 Fax: 858-523-1783                        Fax: 202-822-4997
   Email: helenz@zeldeslaw.com
14
15
16
17  SFI-577274v1
18
19
20
21
22
23
24
25
26
27
28

                                                     CERTIFICATE OF SERVICE
                                       - 2 -