1   HAEGGQUIST LAW GROUP
    ALREEN HAEGGQUIST (221858)
2   501 West Broadway, Suite A-276
    San Diego, CA 92101
3   Telephone:  619/955-8218
    Facsimile:  619/342-7878
4   alreen@haeggquistlaw.com

5

6   LAW OFFICE OF HELEN ZELDES              MEHRI & SKALET, PLLC
    HELEN I. ZELDES (220051)                STEVEN A. SKALET
7   249 S. Highway 101, #370                CRAIG L. BRISKIN
    Solana Beach, CA 92075                  1250 Connecticut Ave. NW, Suite 300
    Telephone:  858/523-1713                Washington, DC 20036
8   Facsimile:  858/523-1783                Telephone:  202/822-5100
    helenz@zeldeslaw.com                    Facsimile:  202/822-4997
9                                           sskalet@findjustice.com
                                            cbriskin@findjustice.com
10

11  Attorneys for Plaintiffs

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14

15                                   )
                                     )
16  THE APPLE IPOD ITUNES ANTI-TRUST )   CASE NO.  C 05-00037-JW
    LITIGATION                       )
17                                   )   ADMINISTRATIVE MOTION TO
                                     )   CONSIDER WHETHER CASES SHOULD
18                                   )   BE RELATED
                                     )
19  _____ )
                                     )   [Civ. LR 3-12]
20  This Document Relates To:        )
                                     )   The Honorable Judge James Ware
21                                   )
        *STACIE SOMERS  V. APPLE, INC.,* )
22      *C*ase No. 5:07-cv-060507-HRL )
                                     )
23                                   )

24

25

26

27

28

**TO THE COURT AND ALL PARTIES OF RECORD:**

Pursuant to Civil Local Rule 3-12, plaintiff Stacie Somers respectfully submits this administrative motion to consider whether a recently filed case, *Stacie Somers v. Apple, Inc.*, Case No. 5:07-cv-060507-HRL, filed on December 31, 2007 ("Somers"), should be related to the following two other cases filed in this District:

1.    *Slattery v. Apple Computer, Inc.*, Case No. C 05-00037-JW (filed Jan. 3, 2005)("*Slattery*"); and

2.    *Melanie Tucker v. Apple Computer, Inc.,* Case No. 5:06-cv-04457-JW (filed on July 21, 2006) ("*Tucker*").

The *Slattery*[1] and *Tucke*r cases were consolidated[2] on March 21, 2007 and are now titled "*The Apple iPod iTunes Anti-Trust Litigation,*" Case No.C-5-00037 JW.  *The Apple iPod iTunes Anti-Trust Litigation* and the *Somers* action are "related cases" according to the criteria set forth in Civil Local Rule 3-12(a).

Local Rule 3-12 of the United States District Court for the Northern District of California provides that cases are related when they (1) concern substantially the same parties, property, transaction or event, and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

The *Apple iPod iTunes Anti-Trust Litigation*  and the *Somers* action involve substantially the same factual antitrust tying and monopolization allegations on behalf of purchasers of portable media players and electronic files.  Both allege substantially similar causes of action,

---

[1]  Plaintiff Slattery withdrew his claims and was replaced as a class representative by Somtai Troy Charoensak and Mariana Rosen.  The *Slattery* case was then known as the *Charoensak* case for a short time.

[2]  At the time of consolidation, the *Slattery* case was titled *Somtai Charoensak, et al. v. Apple Computer, Inc.,* Case No.C-5-00037 JW.

1   asserting that Apple, Inc. monopolized, attempted to monopolize, and engaged in illegal tying in

2   the market for online music and portable digital music players.  The difference between the cases

3   is that the *Apple iPod iTunes Anti-Trust Litigation*  is brought on behalf of a class of direct

4   purchasers whereas the *Somers* action is brought on behalf of a class of indirect purchasers.

5

6   Because this action arises from the same transactions, happenings or events, calls for

7   determination of the same questions of law and/or fact, and is likely to entail substantial duplication

8   of labor if heard by a different judge, it is related within the meaning of Local Rule 3-12(a).

9   Pursuant to Local Rule 3-12(a)(2), it appears likely that there will be an unduly

10  burdensome duplication of labor and expense or the possibility of conflicting results if the cases

11  are conducted before different Judges.

12  Apple, Inc. as well as plaintiffs in *The Apple iPod iTunes Anti-Trust Litigation* stipulate

13  that the *Somers* action should be related to *The Apple iPod iTunes Anti-Trust Litigation*.

14

15  Accordingly, for all the aforementioned reasons, the *Somers* action should be deemed

16  "related" and assigned to the Honorable Judge James Ware, the Judge in the earlier-filed action,

17  *The Apple iPod iTunes Anti-Trust Litigation.*

18  DATED:  January 29, 2008                    Respectfully submitted,

19

20                                              By:    /s/  Helen Zeldes
                                                     HELEN ZELDES
21
                                                LAW OFFICES OF HELEN ZELDES
22                                              HELEN ZELDES
                                                249 S. Highway 101, #370
23                                              Solana Beach, CA 92075
                                                Telephone:  858/523-1713
24                                              858/523-1783 (fax)

25                                              HAEGGQUIST LAW GROUP
                                                ALREEN HAEGGQUIST
26                                              501 West Broadway, Suite A-276
                                                San Diego, CA 92101
27                                              Telephone:  619/955-8218
                                                619/342-7878 (fax)

28

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
*C*ase No. 5:07-cv-060507-HRL                                          - 3 -

1

2

3

4

5

MEHRI & SKALET, PLLC
STEVEN A. SKALET
CRAIG L. BRISKIN
1250 Connecticut Ave. NW, Suite 300
Washington, DC 20036
Telephone:  202/ 822-5100
202/822-4997 (fax)
sskalet@findjustice.com

6

7

8

9

Attorneys for Plaintiff

10

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

11

12

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

named parties, there is no such interest to report.

13

14

15

_____/s/ Helen I. Zeldes_____.

HELEN I. ZELDES, ATTORNEY OF RECORD FOR PLAINTIFF

16

17

18

19

20

21

22

23

24

25

26

27

28

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

*C*ase No. 5:07-cv-060507-HRL                                                                              - 4 -

1

<u>CERTIFICATE OF SERVICE</u>

2       I hereby certify that on January 29, 2008, I electronically filed the foregoing with the Clerk

3   of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4   addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5   caused the foregoing document or paper to be mailed via the United States Postal Service to the non-

6   CM/ECF participants indicated on the attached Manual Notice List and Service List.

7

8                                           <u>s/ HELEN I. ZELDES</u>
                                            HELEN I. ZELDES

9                                           LAW OFFICES OF HELEN I. ZELDES
                                            HELEN I. ZELDES (220051)
10                                          249 S. Highway 101, #370
                                            Solana Beach, CA 92075
11                                          Telephone:  858/523-1713
                                            858/523-1783 (fax)
12                                          E-mail: helenz@zeldeslaw.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
*C*ase No. 5:07-cv-060507-HRL                                                          - 5 -

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Michael David Braun**
  service@braunlawgroup.com

- **Andrew S. Friedman**
  rcreech@bffb.com,afriedman@bffb.com

- **Roy A. Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Adam Richard Sand , Esq**
  invalidaddress@invalidaddress.com

- **John J. Stoia , Jr**
  jstoia@csgrr.com

- **Tracy Strong**
  tstrong@jonesday.com,dharmon@jonesday.com

- **Bonny E. Sweeney**
  bonnys@csgrr.com,tturner@csgrr.com,E_file_sd@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Todd David Carpenter**
Bonnett, Fairbourn, Friedman, & Balint
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012

**Elaine A. Ryan**
Bonnett Fairbourn Friedman & Balint, P.C
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012

# Mailing Information for a Case 5:07-cv-060507-HRL

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Craig L. Briskin**
  cbriskin@findjustice.com

- **Alreen Haeggquist**
  alreen@haeggquistlaw.com

- **Steven A. Skalet**
  sskalet@findjustice.com

- **Helen I. Zeldes**
  helenz@zeldeslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- No manual recipients