UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | CASE NO. C 05-00037-JW |
| | [PROPOSED] ORDER RELATING CASES |
| | [Civ. LR 3-12] |
| | The Honorable Judge James Ware |
| This Document Relates To: | |
| *STACIE SOMERS V. APPLE, INC.,* Case No. 5:07-cv-060507-HRL | |

A Motion for Administrative Relief to Consider Whether Cases Should be Related has been filed, asserting that the above-captioned cases are related pursuant to Civil L.R. 3-12(b). The time for filing a statement to support or oppose the Motion has expired. On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

**[ ] ARE NOT RELATED**

**[ ] ARE RELATED** as defined by Civil L.R. 3-12(b). Pursuant to Civil L.R. 3-12(e), the Clerk of the Court is ordered to reassign the later actions to the undersigned. Counsel are instructed that all future filings are to bear the initials JW immediately after the case number. All matters presently scheduled for hearing in the reassigned cases are vacated and must be re-noticed for hearing before the undersigned.

*   *   *

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____    _____
                                                                    THE HONORABLE JAMES WARE
                                                                    UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RELATING CASES
*C*ase No. 5:07-cv-060507-HRL          2

CERTIFICATE OF SERVICE

1
2       I hereby certify that on January 29, 2008, I electronically filed the foregoing with the Clerk
3   of the Court using the CM/ECF system which will send notification of such filing to the e-mail
4   addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have
5   caused the foregoing document or paper to be mailed via the United States Postal Service to the non-
6   CM/ECF participants indicated on the attached Manual Notice List and Service List.

7
8                                     s/ HELEN I. ZELDES
                                  HELEN I. ZELDES

9                                     LAW OFFICES OF HELEN I. ZELDES
                                  HELEN I. ZELDES (220051)
10                                    249 S. Highway 101, #370
                                  Solana Beach, CA 92075
11                                    Telephone:  858/523-1713
                                  858/523-1783 (fax)
12                                    E-mail: helenz@zeldeslaw.com

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER RELATING CASES
Case No. 5:07-cv-060507-HRL        3

# Mailing Information for a Case 5:05-cv-00037-JW

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Michael David Braun**
  service@braunlawgroup.com

- **Andrew S. Friedman**
  rcreech@bffb.com,afriedman@bffb.com

- **Roy A. Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Adam Richard Sand , Esq**
  invalidaddress@invalidaddress.com

- **John J. Stoia , Jr**
  jstoia@csgrr.com

- **Tracy Strong**
  tstrong@jonesday.com,dharmon@jonesday.com

- **Bonny E. Sweeney**
  bonnys@csgrr.com,tturner@csgrr.com,E_file_sd@csgrr.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

[PROPOSED] ORDER RELATING CASES
*C*ase No. 5:07-cv-060507-HRL            4

```
Todd David Carpenter
Bonnett, Fairbourn, Friedman, & Balint
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012

Elaine A. Ryan
Bonnett Fairbourn Friedman & Balint, P.C
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012
```

# Mailing Information for a Case 5:07-cv-060507-HRL

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Craig L. Briskin**
  cbriskin@findjustice.com

- **Alreen Haeggquist**
  alreen@haeggquistlaw.com

- **Steven A. Skalet**
  sskalet@findjustice.com

- **Helen I. Zeldes**
  helenz@zeldeslaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- No manual recipients

[PROPOSED] ORDER RELATING CASES
*C*ase No. 5:07-cv-060507-HRL            5