1   Robert A. Mittelstaedt (State Bar No. 60359)
    ramittelstaedt@jonesday.com
2   Elaine Wallace (State Bar No. 197882)
    ewallace@jonesday.com
3   Tracy M. Strong (State Bar No. 221540)
    tstrong@jonesday.com
4   JONES DAY
    555 California Street, 26th Floor
5   San Francisco, CA  94104
    Telephone:     (415) 626-3939
6   Facsimile:     (415) 875-5700

7   Attorneys for Defendant
    APPLE INC.

8

                   UNITED STATES DISTRICT COURT
9
          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
10

11
    STACIE SOMERS, On Behalf of Herself and     Case No. C 07 6507 JW
12  All Others Similarly Situated,
                                                STIPULATION AND [PROPOSED]
13                 Plaintiff,                    ORDER LIMITING DISCOVERY

14          v.

15  APPLE INC.,

16                 Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

1    Plaintiff Stacie Somers and Defendant Apple Inc. ("Apple"), by and through their counsel

2  of record, hereby stipulate as follows:

3    The parties agree to be bound by the Order Re: Plaintiffs' Motion for Administrative

4  Relief entered on July 20, 2007 in the related action *The Apple iPod iTunes Antitrust Litigation*,

5  Case No. C05-00037 (Docket Item No. 128), a copy of which is attached hereto as Exhibit A.

6

7  Dated: March 14, 2008                      JONES DAY

8

9                                             By: _____

10                                                 Robert A. Mittelstaedt

11                                             Attorney for APPLE INC.

12  Dated: March 14, 2008                      HAEGGQUIST LAW GROUP
                                              Alreen Haeggquist
13                                             501 West Broadway, Suite A-276
                                              San Diego, CA 92101
14                                             Telephone: (619) 955-8218

15

16                                             By: _____

17                                                 Alreen Haeggquist

18                                             Attorney for Plaintiff

19

20

21                                  **ORDER**

22    The parties having stipulated to the foregoing and good cause appearing, IT IS SO

23  ORDERED.

24    Dated: _____, 2008

25

26                                             The Honorable Richard Seeborg
                                              United States Magistrate Judge
27

28