Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
Elaine Wallace (State Bar No. 197882)
ewallace@jonesday.com
Tracy M. Strong (State Bar No. 221540)
tstrong@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700

*E-FILED 3/14/08*

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| STACIE SOMERS, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. C 07 6507 JW<br><br>STIPULATION AND [PROPOSED] ORDER LIMITING DISCOVERY |

C07 6507 JW
STIPULATION AND [PROPOSED] ORDER LIMITING DISCOVERY

1  Plaintiff Stacie Somers and Defendant Apple Inc. ("Apple"), by and through their counsel
2  of record, hereby stipulate as follows:
3  The parties agree to be bound by the Order Re: Plaintiffs' Motion for Administrative
4  Relief entered on July 20, 2007 in the related action *The Apple iPod iTunes Antitrust Litigation*,
5  Case No. C05-00037 (Docket Item No. 128), a copy of which is attached hereto as Exhibit A.

7  Dated: March 14, 2008　　　　　　　　　JONES DAY

9　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　Robert A. Mittelstaedt

　　　　　　　　　　　　　　　　　　　　　Attorney for APPLE INC.

12  Dated: March 14, 2008　　　　　　　　　HAEGGQUIST LAW GROUP
　　　　　　　　　　　　　　　　　　　　　Alreen Haeggquist
　　　　　　　　　　　　　　　　　　　　　501 West Broadway, Suite A-276
　　　　　　　　　　　　　　　　　　　　　San Diego, CA 92101
　　　　　　　　　　　　　　　　　　　　　Telephone: (619) 955-8218

　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　Alreen Haeggquist

　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

## ORDER

The parties having stipulated to the foregoing and good cause appearing, IT IS SO ORDERED.

Dated: 3/14, 2008　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　The Honorable Richard Seeborg
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge