**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                              SAN JOSE DIVISION

10    Stacie Somers,                          NO. C 07-06507 JW

11              Plaintiff,                     Relate Cases:
                                              NO. C 05-00037 JW
        v.                                    NO. C 06-04457 JW
12
13    Apple, Inc., et al.,
                                              **ORDER DIRECTING ALL PARTIES TO**
14              Defendant.                    **SUBMIT BRIEFING RE:**
                                              **CONSOLIDATION OF THE PRESENT**
15    _____/      **ACTION WITH C 05-00037**

16         On February 15, 2008, the Court related the above entitled action with The Apple iPod

17    iTunes Antitrust Litigation, C 05-00037.  The Court scheduled a Case Management Conference for

18    April 28, 2008.  Upon review of the parties' Joint Case Management Statement, the Court, *sua*

19    *sponte*, orders the parties in all related actions to submit briefing regarding whether this case should

20    be consolidated with The Apple iPod iTunes Antitrust Litigation, C 05-00037.

21         The parties shall file their response on or before **May 2, 2008.**  In light of this Order, the

22    Court VACATES the conference currently scheduled for April 28, 2008.  The Court sets a Joint

23    Case Management Conference for all related cases on **May 12, 2008 at 10 a.m.**

24

25    Dated:  April 22, 2008                   _____
                                              JAMES WARE
26                                            United States District Judge

27

28

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alreen Haeggquist alreen@haeggquistlaw.com
Craig L. Briskin cbriskin@findjustice.com
Helen I. Zeldes helenz@zeldeslaw.com
Robert Allan Mittelstaedt ramittelstaedt@jonesday.com
Tracy Strong tstrong@jonesday.com

**Dated:  April 22, 2008**                    **Richard W. Wieking, Clerk**


                                       **By:    /s/ JW Chambers                **
                                              **Elizabeth Garcia**
                                              **Courtroom Deputy**

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28