HAEGGQUIST LAW GROUP
ALREEN HAEGGQUIST (221858)
501 West Broadway, Suite A-276
San Diego, CA 92101
Telephone: 619/955-8218
Facsimile: 619/342-7878
alreen@haeggquistlaw.com

LAW OFFICE OF HELEN ZELDES
HELEN I. ZELDES (220051)
249 S. Highway 101, #370
Solana Beach, CA 92075
Telephone: 858/523-1713
Facsimile: 858/523-1783
helenz@zeldeslaw.com

MEHRI & SKALET, PLLC
STEVEN A. SKALET
CRAIG L. BRISKIN
1250 Connecticut Ave. NW, Suite 300
Washington, DC 20036
Telephone: 202/822-5100
Facsimile: 202/822-4997
sskalet@findjustice.com
cbriskin@findjustice.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STACIE SOMERS, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE, INC., a California Corporation,<br><br>Defendant. | Case No. 5:07-cv-06507-JW<br><br>CLASS ACTION<br><br>INDIRECT PURCHASER PLAINTIFF'S RESPONSE TO COURT'S ORDER REGARDING CONSOLIDATION<br><br>JUDGE: Hon. James Ware<br>DATE: May 12, 2008<br>TIME: 10:00 a.m.<br>CTRM: 8-4TH FLOOR |

Plaintiff Stacie Somers, on behalf of herself and the putative class she represents in *Somers v. Apple, Inc.*, *et. al.*, No. C-07-06507-JW ("Somers"), respectfully submits the following response to this Court's April 22, 2008, Order Directing All Parties to Submit Briefing re: Consolidation. While Plaintiff supports consolidation of the *Somers* action with the *Apple iPod iTunes Anti-Trust Litigation*, No. C-05-00037-JW, for the limited purposes of pretrial discovery and scheduling, Plaintiff *Somers* opposes consolidation for the purposes class certification, summary judgment and trial.

## I. CONSOLIDATION IS NOT PRACTICABLE FOR ALL PURPOSES HERE

### A. The Direct and Indirect Purchaser Actions are at Different Stages in their Development and Each Would be Prejudiced by Consolidation for All Purposes

While the direct purchaser class cases were filed more than two years ago, the indirect purchaser action, the *Somers* case, was filed only five months ago. The direct purchaser class has already engaged in extensive discovery and is prepared to file its class certification brief this month. The parties in *Somers*, the indirect purchaser action, have only just held their Rule 26(f) conference and agreed to a schedule in which Plaintiff's motion for class certification would be filed on or before November 3, 2008. Plaintiff *Somers* believes that a November class certification deadline is necessary in the indirect purchaser action to allow Plaintiff sufficient time to obtain necessary discovery, including discovery specific to her indirect purchaser claims that was not requested or produced in the direct purchaser action, to allow sufficient time to prepare her expert report and to adequately prepare her motion for class certification.

There is no reason to delay the filing of class certification in the *Apple iPod iTunes Anti-Trust Litigation*, the direct purchaser action, nor is there any benefit to the Court in doing so. To the contrary, it is likely that the class certification issues decided in the *Apple iPod iTunes Anti-Trust Litigation* would in fact aid the Court in deciding certification issues in the *Somers* action.

INDIRECT PURCHASER PLAINTIFF'S RESPONSE TO COURT'S ORDER RE. CONSOLIDATION
*CASE NO.* 5:07-CV-060507-HRL                                                                                                -1-

### B. There are Potential Conflicts Between the Direct and Indirect Purchaser Classes

While the two actions pending before this Court allege similar issues of fact and law -- both claiming Apple engaged in illegal tying conduct, monopolization and unfair competition related to its iPod and iTune products -- the *Somers* action is an indirect purchaser action while the *Apple iPod iTunes Anti-Trust Litigation* is a direct purchaser action. As such, the two proposed classes stand in potential conflict to each other as they are required to prove different sets of facts and meet different tests under the law.

## II. CONSOLIDATION FOR THE LIMITED PURPOSES OF SCHEDULING AND PRETRIAL DISCOVERY WOULD PROMOTE EFFICIENCY

Plaintiff Somers agrees with the direct purchaser plaintiffs that limited consolidation of the direct and indirect purchaser actions is appropriate for scheduling and pretrial discovery. Coordination of scheduling and discovery will promote efficiency and reduce expenses for all.

## III. CONCLUSION

For the foregoing reasons, the indirect purchaser Plaintiff respectfully requests that this Court only consolidate these cases, if at all, for the limited purposes of scheduling and pretrial discovery.

DATED: May 2, 2008                             LAW OFFICE OF HELEN I. ZELDES

                                                                                            /s/ Helen I. Zeldes
                                                                                      HELEN I. ZELDES

249 S. Highway 101, #370
Solana Beach, CA 92075
Telephone: 858/523-1713
858/523-1783 (fax)

HAEGGQUIST LAW GROUP
ALREEN HAEGGQUIST
501 West Broadway, Suite A-276
San Diego, CA 92101
Telephone: 619/955-8218
619/342-7878 (fax)

INDIRECT PURCHASER PLAINTIFF'S RESPONSE TO COURT'S ORDER RE. CONSOLIDATION
*C*ASE NO. 5:07-CV-060507-HRL                                                                                                                    -2-

|   |   |
|---|---|
| 1 | MEHRI & SKALET, PLLC |
| 2 | STEVEN A. SKALET |
|   | CRAIG L. BRISKIN |
| 3 | 1250 Connecticut Ave. NW, Suite 300 |
|   | Washington, DC 20036 |
| 4 | Telephone: 202/ 822-5100 |
| 5 | 202/822-4997 (fax) |
| 6 | Attorneys for Plaintiff |

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2008, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List and Service List:

- Indirect Purchaser Plaintiff's Response to Court's Order Regarding Consolidation

      s/ HELEN I. ZELDES  
      HELEN I. ZELDES

LAW OFFICES OF HELEN I. ZELDES  
HELEN I. ZELDES (220051)  
249 S. Highway 101, #370  
Solana Beach, CA 92075  
Telephone: 858/523-1713  
858/523-1783 (fax)  
E-mail: helenz@zeldeslaw.com

INDIRECT PURCHASER PLAINTIFF'S RESPONSE TO COURT'S ORDER RE. CONSOLIDATION  
*C*ASE NO. 5:07-CV-060507-HRL     -3-

# Mailing Information for a Case 5:05-cv-00037-JW

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Michael David Braun**
  service@braunlawgroup.com

- **Andrew S. Friedman**
  rcreech@bffb.com,afriedman@bffb.com

- **Roy A. Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Adam Richard Sand , Esq**
  invalidaddress@invalidaddress.com

- **John J. Stoia , Jr**
  jstoia@csgrr.com

- **Tracy Strong**
  tstrong@jonesday.com,dharmon@jonesday.com

- **Bonny E. Sweeney**
  bonnys@csgrr.com,tturner@csgrr.com,E_file_sd@csgrr.com

**Manual Notice List**

INDIRECT PURCHASER PLAINTIFF'S RESPONSE TO COURT'S ORDER RE. CONSOLIDATION
*C*ASE NO. 5:07-CV-060507-HRL                                                                                                      -4-

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Todd David Carpenter**
Bonnett, Fairbourn, Friedman, & Balint
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012

# Mailing Information for a Case 5:07-cv-060507-HRL

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Craig L. Briskin**
  cbriskin@findjustice.com

- **Alreen Haeggquist**
  alreen@haeggquistlaw.com

- **Steven A. Skalet**
  sskalet@findjustice.com

- **Helen I. Zeldes**
  helenz@zeldeslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- No manual recipients

INDIRECT PURCHASER PLAINTIFF'S RESPONSE TO COURT'S ORDER RE. CONSOLIDATION
*C*ASE NO. 5:07-CV-060507-HRL                                                          -5-