## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***

## CIVIL MINUTES

**Judge: James Ware**                    **Courtroom Deputy:  Elizabeth Garcia**
**Date:  5/12/2008**                      **Court Reporter:  Not Reported**
**Case No.: C-07-06507 JW**               **Interpreter:  N/A**
**Related Case No.:**
　　　　　　**C 05-0037 The Apple iPod iTunes Antitrust Litigation**
　　　　　　**C 06-04457 Tucker v. Apple Computer**

## TITLE

**Stacie Somers v. Apple Inc**

**Attorney(s) for Plaintiff(s): Helen Zeldes, Alreen Haeggquist (Somers), Francis Balint, Bonny Sweeney (Tucker), Paula Roch**
**Attorney(s) for Defendant(s): Robert Mittelstaedt**

## PROCEEDINGS

**Case Management Conference**

## ORDER AFTER HEARING

Case Management Conference held off record in chambers. The parties are to file a stipulation re briefing schedule re motions discussed at the case management conference.  The Court set an Interim Case Management Conference for August 25, 2008 at 10:00 AM as to ALL cases.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: