IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| The Apple iPod iTunes Antitrust Litigation | NO. C 05-00037 JW and<br>NO. C 07-06507 JW |
| Stacie Somers,<br>　　　　　Plaintiff,<br>　v.<br>Apple, Inc.,<br>　　　　　Defendant.	/ | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |

On May 12, 2008, the Court conducted a case management conference for the above captioned related cases. Counsel for the respective parties were present. In light of the representations of the parties, the Court orders as follows:

(1) The hearing on the Consolidated Plaintiffs' Motion for Class Certification is specially set for **September 26, 2008 at 9 a.m.**;

(2) The hearing on Plaintiff Somers' Motion for Class Certification is set for **March 16, 2009 at 9 a.m.**; and

(3) A further Case Management Conference regarding whether a technology tutorial is appropriate prior to the hearings on these motions is set for **August 25, 2008 at 10 a.m.**

(4) With respect to Plaintiff Somers' indirect purchaser case, the parties shall limit their discovery to class certification issues. It is further ordered that discovery in each of these cases shall be coordinated. The parties shall notice depositions in both cases. Any depositions noticed shall not count towards the deposition limit set by the Court for both actions. Discovery produced in either action shall be made available and be usable to Plaintiffs' counsel in the other action to the same extent as if it had been produced in that action. All discovery disputes are referred to the assigned Magistrate Judge.

The parties shall file a stipulated briefing schedule with respect to the planned motions for class certification within ten (10) days of the date of this Order.

Dated: May 14, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam Richard Sand invalidaddress@invalidaddress.com
Andrew S. Friedman afriedman@bffb.com
Bonny E. Sweeney bonnys@csgrr.com
Brian P Murray bmurray@murrayfrank.com
Caroline Nason Mitchell cnmitchell@jonesday.com
Francis Joseph Balint fbalint@bffb.com
Helen I. Zeldes helenz@zeldeslaw.com
Jacqueline Sailer jsailer@murrayfrank.com
John J. Stoia jstoia@csgrr.com
Michael David Braun service@braunlawgroup.com
Robert Allan Mittelstaedt ramittelstaedt@jonesday.com
Roy A. Katriel rak@katriellaw.com
Thomas J. Kennedy tkennedy@murrayfrank.com
Tracy Strong tstrong@jonesday.com
Alreen Haeggquist alreen@haeggquistlaw.com
Craig L. Briskin cbriskin@findjustice.com
Helen I. Zeldes helenz@zeldeslaw.com

Dated: May 14, 2008               Richard W. Wieking, Clerk


By:   /s/ JW Chambers
      Elizabeth Garcia
      Courtroom Deputy

**United States District Court**
For the Northern District of California