*IT IS SO ORDERED AS MODIFIED*
*/s/ James Ware*
*Judge James Ware*

1  HAEGGQUIST LAW GROUP
   ALREEN HAEGGQUIST (221858)
2  501 West Broadway, Suite A-276
   San Diego, CA 92101
3  Telephone: 619/955-8218
   Facsimile: 619/342-7878
4  alreen@haeggquistlaw.com

5  LAW OFFICE OF HELEN ZELDES
   HELEN I. ZELDES (220051)
6  249 S. Highway 101, #370
   Solana Beach, CA 92075
7  Telephone: 858/523-1713
   Facsimile: 858/523-1783
8  helenz@zeldeslaw.com

   MEHRI & SKALET, PLLC
   STEVEN A. SKALET
   CRAIG L. BRISKIN
   1250 Connecticut Ave. NW, Suite 300
   Washington, DC 20036
   Telephone: 202/822-5100
   Facsimile: 202/822-4997
   sskalet@findjustice.com
   cbriskin@findjustice.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STACIE SOMERS, On Behalf of Herself and All Others Similarly Situated, ) ) ) Plaintiff, ) ) vs. ) ) ) ) APPLE, INC., a California Corporation, ) ) Defendant. ) ) ) ) | Case No. C 07-6507 JW<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR CLASS CERTIFICATION |

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR CLASS CERTIFICATION
*Somers v. Apple Computer*, Inc., No. C 07-06507 JW

Pursuant to the Court's May 14, 2008 Order Following Case Management Conference, the parties stipulate to the following briefing schedule with respect to the motion for class certification:

1. Plaintiff shall file and serve her class certification motion no later than November 3, 2008;

2. Apple shall file and serve its opposition to the motion for class certification no later than January 15, 2009; and

3. Plaintiff shall file and serve her reply brief in further support of her motion for class certification no later than March 2, 2009;

4. The hearing on Plaintiff's motion for class certification is set for **March 23, 2009 at 9 a.m.**

5. A further Case Management Conference regarding whether a technology tutorial is appropriate prior to the hearing on this motion is set for August 25, 2008 at 10:00 a.m.

**The parties shall file a Joint Statement on or before August 15, 2008 to update the Court on the status of the case.**

Dated: May 29, 2008         s/Alreen Haeggquist
                            Alreen Haeggquist (221858)
                            HAEGGQUIST LAW GROUP
                            501 West Broadway, Suite A-276
                            San Diego, CA 92101
                            Telephone: 619/955-8218
                            Facsimile: 619/342-7878
                            alreen@haeggquistlaw.com
                            *Counsel for Plaintiff*

Dated: May 29, 2008         s/ Elaine Wallace
                            Elaine Wallace
                            JONES DAY
                            555 California Street, 26th Floor
                            San Francisco, CA 94104
                            Telephone: (415): 626-3939
                            Facsimile: (415) 875-5700
                            *Counsel for Apple Computer, Inc.*

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR CLASS CERTIFICATION
*Somers v. Apple Computer*, Inc., No. C 07-06507

1

1 | IT IS SO ORDERED AS MODIFIED

Dated \_\_\_\_June 4\_\_, 2008          _____
                                   Hon. James Ware
                                   United States District Court Judge

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR CLASS CERTIFICATION
*Somers v. Apple Computer*, Inc., No. C 07-06507

2

# CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2008, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List and Service List: STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR CLASS CERTIFICATION.

s/ ALREEN HAEGGQUIST
ALREEN HAEGGQUIST

HAEGGQUIST LAW GROUP
ALREEN HAEGGQUIST (221858)
501 West Broadway, Suite A-276
San Diego, CA 92101
Telephone: 619/955-8218
619/342-7878 (fax)
alreen@haeggquistlaw.com

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR CLASS CERTIFICATION
*Somers v. Apple Computer*, Inc., No. C 07-06507

3

## Mailing Information for Case C 07-06507

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case:

- **Craig L. Briskin**
  cbriskin@findjustice.com

- **Alreen Haeggquist**
  alreen@haeggquistlaw.com

- **Steven A. Skalet**
  sskalet@findjustice.com

- **Helen I. Zeldes**
  helenz@zeldeslaw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

- No manual recipients

## Mailing Information for a Case C 05-00037-JW

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case:

- **Francis Joseph Balint, Jr.**
  fbalint@bffb.com

- **Michael David Braun**
  service@braunlawgroup.com

- **Andrew S. Friedman**
  rcreech@bffb.com,afriedman@bffb.com

- **Roy A. Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,
  ewallace@jonesday.com

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR CLASS CERTIFICATION
*Somers v. Apple Computer*, Inc., No. C 07-06507

4

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Adam Richard Sand, Esq.**
  invalidaddress@invalidaddress.com

- **John J. Stoia, Jr.**
  jstoia@csgrr.com

- **Tracy Strong**
  tstrong@jonesday.com,dharmon@jonesday.com

- **Bonny E. Sweeney**
  bonnys@csgrr.com,tturner@csgrr.com,E_file_sd@csgrr.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

> Todd David Carpenter
> Bonnett, Fairbourn, Friedman, & Balint
> 2901 N. Central Avenue, Suite 1000
> Phoenix, AZ 85012

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR CLASS CERTIFICATION
*Somers v. Apple Computer*, Inc., No. C 07-06507

5