```
 1  COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
 2  BONNY E. SWEENEY (176174)
    655 West Broadway, Suite 1900
 3  San Diego, CA  92101
    Telephone:  619/231-1058
 4  619/231-7423 (fax)
    bonnys@csgrr.com
 5
    THE KATRIEL LAW FIRM
 6  ROY A. KATRIEL (pro hac vice)
    1101 30th Street, N.W., Suite 500
 7  Washington, DC  20007
    Telephone:  202/625-4342
 8  202/330-5593 (fax)
    rak@katriellaw.com
 9
    Co-Lead Counsel for Plaintiffs
10
    [Additional counsel appear on signature page.]
11
                       UNITED STATES DISTRICT COURT
12
                      NORTHERN DISTRICT OF CALIFORNIA
13
                              SAN JOSE DIVISION
14
15  THE APPLE IPOD ITUNES ANTI-TRUST    )  Lead Case No. C-05-00037-JW(RS)
    LITIGATION                           )
                                         )  CLASS ACTION
16  _____)
                                         )
17  This Document Relates To:            )  STIPULATION MODIFYING CLASS
                                         )  CERTIFICATION BRIEFING SCHEDULE
        ALL ACTIONS.                     )
18                                       )  Case No. C 07-6507 JW
    _____)
19  STACIE SOMERS, On Behalf Of Herself And )  CLASS ACTION
    All Others Similarly Situated,        )
20                                       )
                    Plaintiff,           )
21                                       )
         vs.                             )
22                                       )
    APPLE, INC., a California corporation, )
23                                       )
                    Defendant.           )
24  _____)
```

1   WHEREAS, the parties in *The Apple iPod iTunes Anti-Trust Litigation*, No. C-05-00037-JW
2   ("Direct Case"), and *Somers v. Apple, Inc.*, No. C-07-6507-JW ("Indirect Case"), entered into good
3   faith mediation discussions on July 21, 2008 with JAMS mediators the Honorable Daniel Weinstein
4   (Ret.) and Cathy Yanni, Esq.;

5   WHEREAS, at the close of mediation, the parties agreed to exchange additional discovery
6   and continue informal mediation discussions.  At the request of Judge Weinstein and Cathy Yanni,
7   the Court agreed to a two week extension to the class certification briefing schedules;

8   WHEREAS, the parties have exchanged additional discovery as a result of mediation and
9   continue to engage in mediation discussions.  The parties and mediators request an additional
10  extension in the class certification briefing and related hearing schedules to allow the parties
11  adequate time to continue discussions towards informal resolution;

12  WHEREAS, the parties have conferred and agreed to a short extension for the class
13  certification briefing and related hearing schedules;

14  WHEREAS, under the current pretrial schedule ordered by the Court on June 4, 2008, in the
15  Direct Case Plaintiffs filed their Motion for Class Certification on July 21, 2008, Defendant is
16  required to file its opposition by September 19, 2008, Plaintiffs are required to file their reply brief
17  on or before October 17, 2008, and the Court shall hold a hearing on Plaintiffs' Motion for Class
18  Certification on November 10, 2008 at 9 a.m.  Additionally, the Court is to hold a joint interim case
19  management conference on August 25, 2008; and

20  WHEREAS, under the current pretrial schedule ordered by the Court on June 4, 2008, in the
21  Indirect Case, Plaintiff is required to file her Motion for Class Certification on November 3, 2008,
22  Defendant is required to filed its opposition by January 15, 2009, Plaintiff is required to file her reply
23  brief on or before March 2, 2009, and the Court shall hold a hearing on Plaintiff's Motion for Class
24  Certification on March 23, 2009 at 9 a.m.  Additionally, the Court is to hold a joint interim case
25  management conference on August 25, 2008.

26  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the
27  parties, through their undersigned counsel, that good cause exists to modify the class certification
28  schedules as follows:

**A.    Direct Case**

1. The Court shall hold an interim case management conference on September 22, 2008, or a date convenient for the Court.

2. Defendant shall file its opposition to class certification on or before October 17, 2008.

3. Plaintiffs shall file their reply brief to Defendant's opposition on or before November 17, 2008.

4. The Court shall hold a hearing on Plaintiffs' Motion for Class Certification on December 8, 2008 at 9 a.m., or a date convenient for the Court.

**B.    Indirect Case**

1. The Court shall hold an interim case management conference on September 22, 2008, or a date convenient for the Court.

2. Plaintiff shall file her Motion for Class Certification on or before December 1, 2008.

3. Defendant shall file its opposition on or before February 12, 2009.

4. Plaintiff shall file her reply brief to Defendant's opposition on or before March 30, 2009.

5. The Court shall hold a hearing on Plaintiff's Motion for Class Certification on April 20, 2009, at 9 a.m., or a date convenient for the Court.

IT IS SO STIPULATED.

DATED: August 20, 2008                    COUGHLIN STOIA GELLER
                                                               RUDMAN & ROBBINS LLP
                                                          BONNY E. SWEENEY


                                                             s/ BONNY E. SWEENEY
                                                             BONNY E. SWEENEY

                                                          655 West Broadway, Suite 1900
                                                          San Diego, CA  92101
                                                          Telephone:  619/231-1058
                                                          619/231-7423 (fax)

| | |
|---|---|
| 1 | |
| 2 | THE KATRIEL LAW FIRM<br>ROY A. KATRIEL |
| 3 | 1101 30th Street, N.W., Suite 500<br>Washington, DC  20007 |
| 4 | Telephone:  202/625-4342<br>202/330-5593 (fax) |
| 5 | Co-Lead Counsel for Plaintiffs |
| 6 | BONNETT, FAIRBOURN, FRIEDMAN<br>  & BALINT, P.C. |
| 7 | ANDREW S. FRIEDMAN<br>FRANCIS J. BALINT, JR. |
| 8 | ELAINE A. RYAN<br>TODD D. CARPENTER |
| 9 | 2901 N. Central Avenue, Suite 1000<br>Phoenix, AZ  85012 |
| 10 | Telephone:  602/274-1100<br>602/274-1199 (fax) |
| 11 | |
| 12 | BRAUN LAW GROUP, P.C.<br>MICHAEL D. BRAUN |
| 13 | 12304 Santa Monica Blvd., Suite 109<br>Los Angeles, CA  90025 |
| 14 | Telephone:  310/442-7755<br>310/442-7756 (fax) |
| 15 | MURRAY, FRANK & SAILER LLP<br>BRIAN P. MURRAY |
| 16 | JACQUELINE SAILER |
| 17 | 275 Madison Avenue, Suite 801<br>New York, NY  10016 |
| 18 | Telephone:  212/682-1818<br>212/682-1892 (fax) |
| 19 | GLANCY BINKOW & GOLDBERG LLP<br>MICHAEL GOLDBERG |
| 20 | 1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA  90067 |
| 21 | Telephone:  310/201-9150<br>310/201-9160 (fax) |
| 22 | |
| 23 | Additional Counsel for Plaintiffs |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | | |
|---|---|---|
| 1 | DATED: August 20, 2008 | JONES DAY<br>ROBERT A. MITTELSTAEDT<br>CAROLINE M. MITCHELL<br>TRACY STRONG |

                                                                                      s/ ROBERT A. MITTELSTAEDT
                                                                                        ROBERT A. MITTELSTAEDT

555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: 415/626-3939
415/875-5700 (fax)

Attorneys for Defendant, Apple, Inc.

DATED: August 20, 2008                        HAEGGQUIST LAW GROUP
                                                                     ALREEN HAEGGQUIST

                                                                                      s/ ALREEN HAEGGQUIST
                                                                                          ALREEN HAEGGQUIST

501 West Broadway, Suite A-276
San Diego, CA 92101
Telephone: 619/955-8218
619/342-7878 (fax)

LAW OFFICE OF HELEN ZELDES
HELEN I. ZELDES
249 S. Highway 101, #370
Solana Beach, CA 92075
Telephone: 858/523-1713
858/523-1783 (fax)

MEHRI & SKALET, PLLC
STEVEN A. SKALET
CRAIG L. BRISKIN
1250 Connecticut Ave. NW, Suite 300
Washington, DC 20036
Telephone: 202/822-5100
202/822-4997 (fax)

Attorneys for Plaintiffs Stacie Somers

S:\CasesSD\Apple Tying\STP00053468.doc

STIPULATION MODIFYING CLASS CERTIFICATION BRIEFING SCHEDULE - C-05-00037-JW(RS)    - 4 -

CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 20, 2008.

s/ BONNY E. SWEENEY
BONNY E. SWEENEY

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:Bonnys@csgrr.com

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Michael David Braun**
  service@braunlawgroup.com

- **Andrew S. Friedman**
  rcreech@bffb.com,afriedman@bffb.com

- **Roy A. Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Adam Richard Sand , Esq**
  invalidaddress@invalidaddress.com

- **John J. Stoia , Jr**
  jstoia@csgrr.com

- **Tracy Strong**
  tstrong@jonesday.com,dharmon@jonesday.com

- **Bonny E. Sweeney**
  bonnys@csgrr.com,tturner@csgrr.com,E_file_sd@csgrr.com

- **Helen I. Zeldes**
  helenz@zeldeslaw.com,hzeldes@yahoo.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Todd David Carpenter**
Bonnett, Fairbourn, Friedman, & Balint
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012

**Elaine A. Ryan**
Bonnett Fairbourn Friedman & Balint, P.C
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012