UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW(RS) |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | [PROPOSED] ORDER MODIFYING CLASS CERTIFICATION BRIEFING SCHEDULE |
|     ALL ACTIONS. | |
| | Case No. C 07-6507 JW |
| STACIE SOMERS, On Behalf Of Herself And All Others Similarly Situated, | <u>CLASS ACTION</u> |
|                 Plaintiff, | |
|    vs. | |
| APPLE, INC., a California corporation, | |
|                 Defendant. | |

Good cause appearing, therefore, and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the following pretrial schedule is adopted:

| | |
|---|---|
| Interim Case Management Conference: | September 22, 2008 |
| Last day to file Defendant's submission in opposition to class certification (Direct Case): | October 17, 2008 |
| Last day to file Plaintiffs' reply submission in support of class certification (Direct Case): | November 17, 2008 |
| Hearing on Plaintiffs' Motion for Class Certification (Direct Case): | December 8, 2008 (or any date convenient for the Court) |
| Last day to file Plaintiff's Motion for Class Certification (Indirect Case): | December 1, 2008 |
| Last day to file Defendant's submission in opposition to class certification (Indirect Case): | February 12, 2009 |
| Last day to file Plaintiff's reply submission in support of class certification (Indirect Case): | March 30, 2009 |

| | | |
|---|---|---|
| 1 | Hearing on Plaintiff's Motion for Class Certification (Indirect Case): | April 20, 3009 (or any date convenient for the Court) |

      IT IS SO ORDERED.

DATED: _____  _____
                                                                  THE HONORABLE JAMES WARE
                                                                   UNITED STATES DISTRICT JUDGE

S:\CasesSD\Apple Tying\ORD00053478.doc

Submitted by:

                                               COUGHLIN STOIA GELLER
                                                  RUDMAN & ROBBINS LLP
                                             BONNY E. SWEENEY
                                             655 West Broadway, Suite 1900
                                             San Diego, CA 92101
                                             Telephone: 619/231-1058
                                             619/231-7423 (fax)

                                             THE KATRIEL LAW FIRM
                                             ROY A. KATRIEL
                                             1101 30th Street, N.W., Suite 500
                                             Washington, DC 20007
                                             Telephone: 202/625-4342
                                             202/330-5593 (fax)

                                             Co-Lead Counsel for Plaintiffs

                                             BONNETT, FAIRBOURN, FRIEDMAN
                                               & BALINT, P.C.
                                             ANDREW S. FRIEDMAN
                                             FRANCIS J. BALINT, JR.
                                             ELAINE A. RYAN
                                             TODD D. CARPENTER
                                             2901 N. Central Avenue, Suite 1000
                                             Phoenix, AZ 85012
                                             Telephone: 602/274-1100
                                             602/274-1199 (fax)

                                             BRAUN LAW GROUP, P.C.
                                             MICHAEL D. BRAUN
                                             12304 Santa Monica Blvd., Suite 109
                                             Los Angeles, CA 90025
                                             Telephone: 310/442-7755
                                             310/442-7756 (fax)

                                             MURRAY, FRANK & SAILER LLP
                                             BRIAN P. MURRAY
                                             JACQUELINE SAILER
                                             275 Madison Avenue, Suite 801

| | |
|---|---|
| 1 | New York, NY  10016 |
| | Telephone:  212/682-1818 |
| 2 | 212/682-1892 (fax) |
| 3 | GLANCY BINKOW & GOLDBERG LLP |
| | MICHAEL GOLDBERG |
| 4 | 1801 Avenue of the Stars, Suite 311 |
| | Los Angeles, CA  90067 |
| 5 | Telephone:  310/201-9150 |
| | 310/201-9160 (fax) |
| 6 | |
| | Additional Counsel for Plaintiffs |
| 7 | |
| | JONES DAY |
| 8 | ROBERT A. MITTELSTAEDT |
| | CAROLINE M. MITCHELL |
| 9 | TRACY STRONG |
| | 555 California Street, 26th Floor |
| 10 | San Francisco, CA  94104 |
| | Telephone:  415/626-3939 |
| 11 | 415/875-5700 (fax) |
| 12 | Attorneys for Defendant, Apple, Inc. |
| 13 | HAEGGQUIST LAW GROUP |
| | ALREEN HAEGGQUIST |
| 14 | 501 West Broadway, Suite A-276 |
| | San Diego, CA  92101 |
| 15 | Telephone:  619/955-8218 |
| | 619/342-7878 (fax) |
| 16 | |
| | LAW OFFICE OF HELEN ZELDES |
| 17 | HELEN I. ZELDES |
| | 249 S. Highway 101, #370 |
| 18 | Solana Beach, CA  92075 |
| | Telephone:  858/523-1713 |
| 19 | 858/523-1783 (fax) |
| 20 | MEHRI & SKALET, PLLC |
| | STEVEN A. SKALET |
| 21 | CRAIG L. BRISKIN |
| | 1250 Connecticut Ave. NW, Suite 300 |
| 22 | Washington, DC  20036 |
| | Telephone:  202/822-5100 |
| 23 | 202/822-4997 (fax) |
| 24 | Attorneys for Plaintiffs Stacie Somers |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1                                                CERTIFICATE OF SERVICE

2         I hereby certify that on August 20, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

        I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 20, 2008.

                                           s/ BONNY E. SWEENEY
                                           BONNY E. SWEENEY

                                           COUGHLIN STOIA GELLER
                                                 RUDMAN & ROBBINS LLP
                                           655 West Broadway, Suite 1900
                                           San Diego, CA  92101-3301
                                           Telephone:  619/231-1058
                                           619/231-7423 (fax)

                                           E-mail:Bonnys@csgrr.com

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Michael David Braun**
  service@braunlawgroup.com

- **Andrew S. Friedman**
  rcreech@bffb.com,afriedman@bffb.com

- **Roy A. Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Adam Richard Sand , Esq**
  invalidaddress@invalidaddress.com

- **John J. Stoia , Jr**
  jstoia@csgrr.com

- **Tracy Strong**
  tstrong@jonesday.com,dharmon@jonesday.com

- **Bonny E. Sweeney**
  bonnys@csgrr.com,tturner@csgrr.com,E_file_sd@csgrr.com

- **Helen I. Zeldes**
  helenz@zeldeslaw.com,hzeldes@yahoo.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Todd David Carpenter**
Bonnett, Fairbourn, Friedman, & Balint
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012

**Elaine A. Ryan**
Bonnett Fairbourn Friedman & Balint, P.C
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012