IT IS SO ORDERED AS MODIFIED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW(RS) |
| | CLASS ACTION |
| This Document Relates To: | [PROPOSED] ORDER MODIFYING CLASS CERTIFICATION BRIEFING SCHEDULE |
| ALL ACTIONS. | |
| | Case No. C 07-6507 JW |
| STACIE SOMERS, On Behalf Of Herself And All Others Similarly Situated, | CLASS ACTION |
| Plaintiff, | |
| vs. | |
| APPLE, INC., a California corporation, | |
| Defendant. | |

Good cause appearing, therefore, and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the following pretrial schedule is adopted:

| | |
|---|---|
| Interim Case Management Conference: | **October 6, 2008 at 10 a.m.** |
| Last day to file Defendant's submission in opposition to class certification (Direct Case): | October 17, 2008 |
| Last day to file Plaintiffs' reply submission in support of class certification (Direct Case): | November 17, 2008 |
| Hearing on Plaintiffs' Motion for Class Certification (Direct Case): | **December 15, 2008 at 9 a.m.** |
| Last day to file Plaintiff's Motion for Class Certification (Indirect Case): | December 1, 2008 |
| Last day to file Defendant's submission in opposition to class certification (Indirect Case): | February 12, 2009 |
| Last day to file Plaintiff's reply submission in support of class certification (Indirect Case): | March 30, 2009 |
| Hearing on Plaintiffs' Motion for Class Certification (Indirect Case): | **April 20, 2009 at 9 a.m.** |

The Court has granted the parties' stipulation regarding the briefing and hearing schedule for the Class Certification motions. In light of the age of the Direct case, the Court encourages the parties to continue in good faith to engage in further mediation. However, the schedule as modified by the Court above shall stay in effect and shall not be further modified by Stipulation.

On or before **September 26, 2008**, the parties from both the Direct and Indirect cases shall file a Joint Case Management Statement. The Statement shall, among other things, inform the Court of the parties' mediation efforts. The Court notes that the parties had failed to timely file their Joint Statement for the August 25, 2008 conference, even after they were given an extension. It is imperative for the parties to meet the Court's deadlines and not simply ignore them without proper communication with the Court.

Dated: August 20, 2008                    _____
                                          JAMES WARE
                                          United States District Judge

[PROPOSED] ORDER MODIFYING CLASS CERTIFICATION BRIEFING SCHEDULE - C-05-00037-JW(RS)                                                                                          - 1 -