ZELDES & HAEGGQUIST, LLP
HELEN I. ZELDES (220051)
ALREEN HAEGGQUIST (221858)
655 West Broadway, Suite 1410
San Diego, CA 92101
Telephone: 619/955-8218
Facsimile: 619/342-7878
helenz@zhlaw.com
alreenh@zhlaw.com

MEHRI & SKALET, PLLC
STEVEN A. SKALET
CRAIG L. BRISKIN
1250 Connecticut Ave. NW, Suite 300
Washington, DC 20036
Telephone: 202/822-5100
Facsimile: 202/822-4997
sskalet@findjustice.com
cbriskin@findjustice.com

Attorneys for Plaintiffs

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STACIE SOMERS, On Behalf of Herself and All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>APPLE, INC., a California Corporation,<br><br>　　　　　　　　Defendant. | Case No. C 07-6507 JW<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORDER MODIFYING CLASS CERTIFICATION BRIEFING SCHEDULE |

STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE FOR CLASS CERTIFICATION
*Somers v. Apple Computer*, Inc., No. C 07-06507 JW

1. The Court will hear the Motion for Class Certification in the related action *The Apple iPod iTunes Anti-Trust Litigation*, No. C-05-00037-JW ("Direct Purchasers Case") on December 15, 2008.

2. Under the current pretrial schedule ordered by the Court on August 20, 2008, Plaintiff in *Somers v. Apple, Inc.*, No. C-07-6507-JW ("Indirect Purchasers Case") is required to file her Motion for Class Certification on or before December 1, 2008; Defendant is required to file its opposition on or before February 12, 2009; and Plaintiff is required to file her reply brief to Defendant's opposition on or before March 30, 2009; and the Court shall hold a hearing on Plaintiff's Motion for Class Certification on April 20, 2009 at 9 a.m.

3. Because the current schedule requires Plaintiff in the Indirect Purchasers Case to file her Motion for Class Certification before the Court will hear or rule on the Direct Purchasers' class certification motion in the related case, the parties request an additional extension in the class certification briefing and related hearing schedule in the Indirect Purchasers Case..

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties, through their undersigned counsel, that good cause exists to modify the class certification schedule as follows:

4. Plaintiff shall file her Motion for Class Certification on or before **January 12, 2009**.

5. Defendant shall file its opposition on or before **March 9, 2009.**

6. Plaintiff shall file her reply brief to Defendant's opposition on or before **April 17, 2009.**

7. The Court shall hold a hearing on Plaintiff's Motion for Class Certification **May 4, 2009 at 9 a.m.**

STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE FOR CLASS CERTIFICATION
*Somers v. Apple Computer*, Inc., No. C 07-06507

1

1  IT IS SO STIPULATED.

2

3  Dated: November 10, 2008    /s/ Alreen Haeggquist
                               Alreen Haeggquist (221858)
                               ZELDES & HAEGGQUIST, LLP
4                              655 West Broadway, Suite 1410
                               San Diego, CA 92101
5                              Telephone:  619/955-8218
                               Facsimile:  619/342-7878
6                              alreenh@zhlaw.com
                               *Counsel for Plaintiff*
7

8  Dated: November 10, 2008    /s/ Tracy M. Strong
                               Tracy Strong
9                              JONES DAY
                               555 California Street, 26th Floor
10                             San Francisco, CA 94104
                               Telephone: (415): 626-3939
11                             Facsimile: (415) 875-5700
                               *Counsel for Apple  Inc.*
12

13  **\*\*\* ORDER AS MODIFIED ABOVE \*\*\***

14     In addition to the briefing schedule modified above, the Court orders as follows:

15     Upon completion of the briefs, the moving party shall compile a three ring binder
16
    containing (1) the motion and any supporting memorandum of law; (2) the opposition
17
    memorandum; (3) any reply memorandum; and (4) any exhibits in support or opposition to the
18
    motion, which shall be clearly labeled.
19
       Two copies of the binders, marked,"Chambers'Copies,"shall be delivered to the Court (by
20
21  way of the Clerk's Office) on or before **April 24, 2009 at 3 p.m.**

22

23  Dated:  November 17, 2008

24                                      _____
                                        JAMES WARE
25                                      United States District Judge

26

27

28  STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE FOR CLASS      2
    CERTIFICATION
    *Somers v. Apple Computer*, Inc., No. C 07-06507