1  Robert A. Mittelstaedt  #60359
   ramittelstaedt@jonesday.com
2  Craig E. Stewart  #129530
   cestewart@jonesday.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA  94104
   Telephone:     (415) 626-3939
5  Facsimile:     (415) 875-5700

6  Attorneys for Defendant
   APPLE INC.
7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

12 | STACIE SOMERS, On Behalf of Herself | Case No.  C 07-06507 JW
13 | and All Others Similarly Situated,  |           C 05-00037 JW
   |
14 |            Plaintiff,                | **DECLARATION OF MICHAEL SCOTT IN
   |                                      | SUPPORT OF APPLE'S MEMORANDUM
15 |      v.                              | IN OPPOSITION TO MOTION FOR
   |                                      | CLASS CERTIFICATION**
16 | APPLE INC.,                          |
   |                                      | **Date:**    June 1, 2009
17 |            Defendant.                | **Time:**    9:00 A.M.
   |                                      | **Place:**   Courtroom 8, 4th floor
18

I, Michael Scott, declare as follows:

1. I am an associate in the law firm of Jones Day, located at 555 California Street, 26th Floor, San Francisco, CA 94104. I am a member in good standing of the State Bar of California (#255282) and represent Apple Inc. in this case. I make this declaration in support of Apple's Opposition to Plaintiff's Motion for Class Certification. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the slip opionion in *Pioneer Valley Casket Co., Inc., v. Service Corporation International*, Southern District of Texas Case No. H-05-3399 dated March 26, 2009.

3. Attached hereto as Exhibit 2 is a true and correct copy of transcript excerpts from the deposition of Stacie Somers, taken in this matter on June 17, 2008.

4. Attached hereto as Exhibit 3 is a true and correct copy of documents produced by plaintiff in this matter and labeled SOMERS000015- SOMERS000017.

5. Attached hereto as Exhibit 4 is a true and correct copy of an online Apple advertisement for the 4GB Ipod Mini for $249, printed on April 14, 2009 from the Internet Archive at http://web.archive.org/web/200502222010553/www.apple.com/ipodmini/, dated February 22, 2005.

6. Attached hereto as Exhibit 5 is a true and correct copy of an online MacMall advertisement for the 8GB iPod Touch for $212.94 (with engraving), printed on April 13, 2009 from http://www.macmall.com/macmall/families/ipod/default~family~12.asp.

7. Attached hereto as Exhibit 6 is a true and correct copy of an online Radioshack advertisement for the 8GB iPod Touch for $229.99, printed on April 13, 2009 from http://www.radioshack.com/product/index.jsp?productID=3312354.

8. Attached hereto as Exhibit 7 is a true and correct copy of an online PC Connection advertisement for the 32GB iPod Touch for $369.99, printed on April 13, 2009 from http://www.pcconnection.cokm/IPA/PM/Brands/Apple/iPod/NewiPodtouch.htm.

9. Attached hereto as Exhibit 8 is a true and correct copy of an online Target advertisement for the 32GB iPod Touch for $399.99, printed on April 13, 2009 from

1   http://www.target.com/Apple-Generation-32GB-iPod-Touch/dp/B001FA1O0E/ref=sc_pgp_

2   r_4_0_ 13020141/181-4989995-2878504?ie=UTF8&frombrowse=1.

3   10. Attached hereto as Exhibit 9 is a true and correct copy of an online online J&R

4   Electronics advertisement for the 120GB iPod Classic for $219.97, printed on April 14, 2009

5   from http://www.jr.com/boutique/ipod/n/2341-4294533229/sort-by-bestsell-1/.

6   11. Attached hereto as Exhibit 10 is a true and correct copy of an online Radioshack

7   advertisement for the 120GB iPod Classic for $249.99, printed on April 14, 2009 from

8   http://www.radioshack.com/product/index.jsp?productId=3309505.

9   12. Attached hereto as Exhibit 11 is a true and correct copy of an online J&R

10  Electronics advertisement for the 16GB iPod Nano for $169.97, printed on April 13, 2009 from

11  http://www.jr.com/apple/pe/APP_MB903LL_SL_A/.

12  13. Attached hereto as Exhibit 12 is a true and correct copy of an online Crutchfield

13  advertisement for the 16GB iPod Nano for $199.99, printed on April 14, 2009 from

14  http://www.crutchfield.com/p_472NA16GSL/Apple-iPod-nano-16GB-

15  Silver.html?showAll=Y&tp=237.

16  14. Attached hereto as Exhibit 13 is a true and correct copy of a listing of resellers

17  offering the 32GB iPod Touch through Amazon.com, printed on April 20, 2009 from

18  http://www.amazon.com/gp/offer-listing/B001FA1O0E/ref=dp_olp_new?ie=UTF8&

19  qid=1240283397&sr=1-5&condition=new.

20  15. Attached hereto as Exhibit 14 is a true and correct copy of the first page of an

21  Amazon.com listing of an 80GB iPod for $329.99 dated December 15, 2006, printed on April 16,

22  2009 from the Internet Archive at

23  http://web.archive.org/web/20061215024322/www.amazon.com/Apple-iPod-video-Black-

24  Generation/dp/B000EPHR0C.

25  16. Attached hereto as Exhibit 15 is a true and correct copy of the first page of an

26  Amazon.com listing of a green 4GB iPod Nano for $169.99 dated November 11, 2007, printed on

27  April 16, 2009 from the Internet Archive at

28

1  http://web.archive.org/web/20071112053652/www.amazon.com/Apple-iPod-Player-Green-
2  Generation/dp/B000EP5MOA.

3      17.    Attached hereto as Exhibit 16 is a true and correct copy of the first page of an
4  Amazon.com listing of a blue 4GB iPod Nano for $183.95, printed on April 16, 2009 from the
5  Internet Archive at http://web.archive.org/web/20071114054915/www.amazon.com/Apple-iPod-
6  nano-Player-Generation/dp/B000GAAP8Q.

7      18.    Attached hereto as Exhibit 17 is a true and correct copy of an Apple Inc. press
8  release introducing the fifth generation iPod, dated October 12, 2005, printed on April 17, 2009
9  from http://www.apple.com/pr/library/2005/oct/12ipod.html.

10     19.    Attached hereto as Exhibit 18 is a true and correct copy of an Apple, Inc.
11 advertisement for the 120GB iPod Classic for $249.00, printed on April 17, 2009 from
12 http://store.apple.com/us/browse/home/shop_ipod/family/ipod_classic?mco=MTE4MTM.

13     20.    Attached hereto as Exhibit 19 is a true and correct copy of an online Apple
14 advertisement for the 4GB Ipod Mini for $199, printed on April 16, 2009 from the Internet
15 Archive at http://web.archive.org/web/20050225084807/www.apple.com, dated February 25,
16 2005.

17     21.    Attached hereto as Exhibit 20 is a true and correct copy of an Apple Inc. press
18 release introducing the third generation iPod shuffle, dated March 11, 2009, printed on April 17,
19 2009 from http://www.apple.com/pr/library/2009/03/11ipod.html.

20     22.    Attached hereto as Exhibit 21 is a true and correct copy of an Apple Inc. press
21 release introducing the new iPod shuffle, dated February 19, 2008, printed on April 17, 2009 from
22 http://www.apple.com/pr/library/2008/02/19shuffle.html.

23     23.    Attached hereto as Exhibit 22 is a true and correct copy of an online PC
24 Connection advertisement for the 2GB iPod Shuffle (second generation) for $47.99, printed on
25 April 13, 2009 from
26 http://www.pcconnection.cokm/IPA/PM/Brands/Apple/iPod/iPodshuffle.htm.

27
28

1    24.    Attached hereto as Exhibit 23 is a true and correct copy of an online Walmart advertisement for 8GB iPod Touch and accessories bundles, printed on April 15, 2009 from http://www.walmart.com/iPod-Touch-8GB-2nd-Generation-Accessory-Bundle/ip/10741295.

25.    Attached hereto as Exhibit 24 is a true and correct copy of an online Walmart advertisement for an 8GB Ipod Touch and home exercise equipment bundle, printed on April 15, 2009 from http://www.walmart.com/catalog/product.do?product_id=10829073.

26.    Attached hereto as Exhibit 25 is a true and correct copy of an online Staples advertisement for an 8GB iPod Nano and accessories bundle, printed on April 15, 2009 from http://www.staples.com/office/supplies/p4_Apple-8GB-iPod-Nano-and-Accessory-Bundle_248926_Business_Supplies_1_10051_FEATURED:SC3:CG6:DP4506.

27.    Attached hereto as Exhibit 26 is a true and correct copy an online Walmart advertisement for an 8GB iPod Touch and gift card bundle, printed on April 14, 2009 from http://www/walmart.com/catalog/product.do?product_id=10159838.

28.    Attached hereto as Exhibit 27 is a true and correct copy an online Best Buy advertisement for an 8GB iPod Touch and gift card bundle offered, printed on April 14, 2009 from http://www.bestbuy.com/site/olspage.jsp?type=category&id=pcmcat169000050007.

29.    Attached hereto as Exhibit 28 are a true and correct copies of printouts printed on April 17, 2009 from various websites selling iPods through auctions: Outbid4Less.com (http://www.outbid4less.com/ and http://www.outbid4less.com/index.php?page=faq); Overstock.com (http://auctions.overstock.com/cgi-bin/auctions.cgi?PAGE=static&pagenum=1131 and http://auctions.overstock.com/cgi-bin/auctions.cgi?PAGE=static&pagenum=105); BassaBids (http://www.bassabids.com/ and http://www.bassabids.com/bidding-help.php); GoBid (http://www.gobid.com/iap/auctions/display/Apple-iPod-touch/66 and http://www.gobid.com/cms/get-started); iPod Topics (http://www.ipodtopics.com/ipod-auctions); Auctions 4 A Cause (http://www.auctions4acause.com/different.asp, http://www.auctions4acause.com/faq.asp, and http://www.auctions4acause.com/index.asp?Start=10 [printed on April 20, 2009]).

1    30.    Attached hereto as Exhibit 29 is a true and correct copy of a printout from the
2    Tonic website, printed on April 14, 2009 from http://www.tonic.com/musicrising/.

3    31.    Attached hereto as Exhibit 30 are true and correct printouts of the Incentive
4    Concepts website, printed on April 16, 2009 from http://www.incentiveconcepts.com/,
5    http://www.incentiveconcepts.com/Apple/tabid/1725/Default.aspx, and
6    http://www.incentiveconcepts.com/GetAQuote/tabid/1959/Default.aspx.

7    32.    Attached hereto as Exhibit 31 is a true and correct copy of Jonathan D. Glater,
8    *Welcome, Freshmen.  Have an iPod.*, N.Y. Times, August 20, 2008, printed on April 13, 2009
9    from http://www.nytimes.com/2008/08/21/technology/21iphone.html?_r=1&pagewanted=all
10   (registration required).

11   33.    Attached hereto as Exhibit 32 is a true and correct copy of Apple Inc.'s response to
12   plaintiff Stacie Somers' request for production No. 8.

13   34.    Attached hereto as Exhibit 33 is a true and correct copy of transcript excerpts of
14   the deposition of Gary L. French, Ph.D., taken in this matter on April 3, 2009.

15   35.    Attached hereto as Exhibit 34 is a true and correct copy of an online listing of
16   iPods for sale on Ebay, printed on April 16, 2009 from
17   http://electronics.shop.ebay.com/items/iPod-MP3-
18   Players__ipod_W0QQ_catrefZ1QQ_flnZ1QQ_sacatZ73839QQ_trksidZp3286Q2ec 0Q2em282.

19   36.    Attached hereto as Exhibit 35 is a true and correct copy of an Apple, Inc. press
20   release introducing the iTunes Music Store, dated April 28, 2003, printed on April 18, 2009 from
21   http://www.apple.com/pr/library/2003/apr/28musicstore.html.

22   37.    Attached hereto as Exhibit 36 is a true and correct copy of an Apple, Inc. press
23   release introducing the third generation iPod, dated April 28, 2003, printed on April 18, 2009
24   from http://www.apple.com/pr/library/2003/apr/28ipod.html.

25   38.    Attached hereto as Exhibit 37 is a true and correct copy of an Apple, Inc. press
26   release introducing the iTunes for Windows, dated October 16, 2003, printed on April 19, 2009
27   from http://www.apple.com/pr/library/2003/oct/16itms.html.

39. Attached hereto as Exhibit 38 is a true and correct copy of a description of iTunes 8 features, printed on April 14, 2009 from http://www.apple.com/itunes/whatsnew/.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct. Executed April 20, 2009 in San Francisco, California.


          /s/ Michael Scott
          Michael Scott