| | |
|---|---|
| 1 | Robert A. Mittelstaedt  #60359 |
|  | ramittelstaedt@jonesday.com |
| 2 | Craig E. Stewart  #129530 |
|  | cestewart@jonesday.com |
| 3 | David C. Kiernan  #215335 |
|  | dkiernan@jonesday.com |
| 4 | Michael T. Scott  #255282 |
|  | michaelscott@jonesday.com |
| 5 | JONES DAY |
|  | 555 California Street, 26th Floor |
| 6 | San Francisco, CA  94104 |
|  | Telephone:     (415) 626-3939 |
| 7 | Facsimile:      (415) 875-5700 |

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| STACIE SOMERS, On Behalf of Herself and All Others Similarly Situated, | Case No. C 07 6507 JW (HRL) |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR APPLE'S DISPOSITIVE MOTION IN RESPONSE TO AMENDED COMPLAINT |
| v. |  |
| APPLE INC., |  |
| Defendant. |  |

Apple's responsive pleading to the Indirect Purchaser Plaintiff's amended complaint is currently due on August 9, 2010.  In light of the discussion at the case management conference held on July 19, 2010 and the Court's July 22, 2010 Scheduling Order, Apple intends to file a dispositive motion in response to the amended complaint.  The parties stipulate to the following briefing schedule:

| | |
|---|---|
| **September 13, 2010** | Apple's dispositive motion |
| **October 28, 2010** | Plaintiff's opposition to Apple's dispositive motion |
| **November 29, 2010** | Apple's reply in support of its dispositive motion |

1 | **December 20, 2010** | Hearing on Apple's dispositive motion

2 | **IT IS SO STIPULATED**

3 | Dated: July 27, 2010 | JONES DAY

5 | | By:/s/ David Kiernan
6 | | David Kiernan
7 | | Attorneys for APPLE INC.

8 | Dated: July 27, 2010 | ZELDES & HAEGGQUIST, LLP
9 | | Alreen Haeggquist
  | | 625 Broadway, Suite 906
10| | San Diego, CA 92101
  | | Telephone: (619) 342-8000

12| | By: /s/ Alreen Haeggquist
13| | Alreen Haeggquist
14| | Attorney for Plaintiff

16| **IT IS SO ORDERED**
17| Dated: August 11, 2010
18| | Hon. James Ware
  | | United States District Court Judge