1 | Robert A. Mittelstaedt  #60359
    ramittelstaedt@jonesday.com
2 | Craig E. Stewart  #129530
    cestewart@jonesday.com
3 | David C. Kiernan #215335
    dkiernan@jonesday.com
4 | Michael T. Scott #255282
    michaelscott@jonesday.com
5 | JONES DAY
    555 California Street, 26th Floor
6 | San Francisco, CA  94104
    Telephone:   (415) 626-3939
7 | Facsimile:    (415) 875-5700

8 |
    Attorneys for Defendant
9 | APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| STACIE SOMERS, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | **Case No. C 07 6507 JW (HRL)**<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR APPLE'S DISPOSITIVE MOTION IN RESPONSE TO CORRECTED SECOND AMENDED COMPLAINT |

Apple's responsive pleading to the Indirect Purchaser Plaintiff's Corrected Second Amended Complaint is currently due on February 11, 2011.  Apple intends to file a dispositive motion in response to the Corrected Second Amended Complaint.  The parties stipulate to the following briefing schedule:

**February 28, 2011**     Apple's dispositive motion

**March 28, 2011**         Plaintiff's opposition to Apple's dispositive motion

**April 11, 2011**            Apple's reply in support of its dispositive motion

**May 2, 2011**                Hearing on Apple's dispositive motion

**IT IS SO STIPULATED**

Dated: February 1, 2011        JONES DAY

                               By:/s/ David Kiernan
                                   David Kiernan

                               Attorneys for APPLE INC.

Dated: February 1, 2011        ZELDES & HAEGGQUIST, LLP
                               Alreen Haeggquist
                               625 Broadway, Suite 906
                               San Diego, CA 92101
                               Telephone: (619) 342-8000


                               By: /s/Alreen Haeggquist
                                   Alreen Haeggquist

                               Attorney for Plaintiff


**IT IS SO ORDERED**

February __4__, 2011           _____
                               Hon. James Ware
                               United States District Court Chief Judge